KENNETH H. YOON (State Bar No. 198443)
STEPHANIE E. YASUDA (State Bar No. 265480)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiff James Richardson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARDSON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THD AT-HOME SERVICES, INC., a Delaware corporation; HOME DEPOT U.S.A., INC., a Delaware corporation; MEASURECOMP, LLC, a Michigan limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:14-CV-00273-LJO-BAM<br><br>[Assigned to Hon. Lawrence J. O'Neill and Barbara A. McAuliffe]<br><br>**ORDER GRANTING STIPULATION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>Date Filed: January 23, 2014 |

**ORDER**

The Court, having read and considered the Stipulation for Leave to File First Amended Class Action Complaint for Damages and Injunctive Relief, and finding good cause, hereby orders as follows:

**IT IS HEREBY ORDERED** that

1. Plaintiff shall file and serve (by electronic service) his First Amended Class Action Complaint for Damages and Injunctive Relief within ten (10) days of the entry of this order;

2. The Answer previously filed by Defendant to Plaintiff's Class Action Complaint for Damages and Injunctive Relief shall be deemed as the Answer to Plaintiff's First Amended Class Action Complaint for Damages and Injunctive Relief if no other responsive pleading is filed by Defendant within 30 days after service of the First Amended Class Action Complaint for Damages and Injunctive Relief.

IT IS SO ORDERED.

Dated:   **June 13, 2014**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE