1  KENNETH H. YOON (State Bar No. 198443)
   STEPHANIE E. YASUDA (State Bar No. 265480)
2  **LAW OFFICES OF KENNETH H. YOON**
   One Wilshire Blvd., Suite 2200
3  Los Angeles, California 90017
   Telephone: (213) 612-0988
4  Facsimile: (213) 947-1211

5  Attorneys for Plaintiff James Richardson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARDSON, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THD AT-HOME SERVICES, INC., a Delaware corporation; HOME DEPOT U.S.A., INC., a Delaware corporation; MEASURECOMP, LLC, a Michigan limited liability company, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:14-CV-00273-LJO-BAM<br><br>[Assigned to Hon. Barbara A. McAuliffe, Courtroom 8]<br><br>**STIPULATION AND ORDER TO AMEND PRELIMINARY SCHEDULING ORDER** |

**TO THE HONORABLE COURT:**

Plaintiff James Richardson ("Plaintiff") and Defendant THD At-Home Services, Inc., ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff has filed a motion for leave to amend that is set for hearing on January 30, 2015; if the motion is granted, the amended complaint would add one (and perhaps two) additional defendants and an additional class claim for waiting time penalties under California Labor Code section 203;

WHEREAS, Plaintiff has filed a motion to amend the preliminary scheduling order which is set for hearing on January 30, 2015;

WHEREAS, Plaintiff and Defendant have discussed the time necessary to serve new parties, conduct mediation, and complete discovery in advance of a motion for class certification, as well as how the addition of new named defendant(s) might affect the present schedule;

WHEREAS, Plaintiff and Defendant have scheduled a mediation session with Mr. David Rotman, which is set for March 10, 2015. This was the first available date on Mr. Rudy and the Parties' schedules;

WHEREAS, Plaintiff and Defendant would like to extend the preliminary scheduling order to accommodate the time necessary to complete discovery for certification and attend mediation in advance of Plaintiff's filing for certification;

WHEREAS, Plaintiff is unsure of the time he will need, if leave to amend is granted, to serve Measurecomp, LLC with a summons and complaint, and conduct necessary discovery as to Measurecomp;

WHEREAS, Plaintiff and Defendant believe the present schedule does not provide sufficient time to serve Measurecomp, LLC, conduct discovery as to Measurecomp, and attend mediation prior to class certification briefing, and

therefore request that the Court's preliminary scheduling order be amended to accommodate these activities.

IT IS HEREBY STIPULATED by the Parties herein, through their counsel of record, that the dates set forth in the Court's June 6, 2015 order be continued as follows:

| Deadline | Prior Deadline | Req. Deadline |
|---|---|---|
| Discovery cutoff for class certification issues (non-expert) | 1/30/2015 | 7/31/2015 |
| Expert Disclosure | 2/13/2015 | 8/14/2015 |
| Expert Discovery Cut-off | 4/25/2015 | 11/6/2015 |
| Class Certification Filing | 3/13/15 | 9/11/2015 |

**IT IS SO STIPULATED.**

DATED: January 20, 2015    LAW OFFICES OF KENNETH H. YOON

By: */s/ Kenneth H. Yoon*
Kenneth H. Yoon
Stephanie E. Yasuda
Attorneys for Plaintiff James Richardson

DATED: January 20, 2015    AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Donna Mezias* (authorized 01/16/15)
Donna M. Mezias
Liz K. Bertko
Attorneys for Defendants THD At-Home Services, Inc.

STIPULATION AND ORDER TO AMEND PRELIMINARY SCHEDULING ORDER

# ORDER

The Court, having read and considered the Stipulation to Amend Preliminary Scheduling Order and having reviewed the Court's calendar and due to the press of business, finds good cause to continue dates as follows:

**IT IS HEREBY ORDERED** that the dates set forth in the Preliminary Scheduling Order shall be continued as follows:

1) Discovery Cutoff for Class Certification issues (non-expert): September 30, 2015;
2) Expert Disclosure: October 16, 2015;
3) Expert Discovery Cutoff : January 15, 2016;
4) Class Certification Filing Deadline: January 22, 2016;
5) Class certification opposition: Six (6) weeks after opening brief;
6) Class Certification Reply: Three (3) weeks after opposition brief.

IT IS SO ORDERED.

Dated: **January 20, 2015**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO AMEND PRELIMINARY SCHEDULING ORDER